BLACKWELL, APPELLANT, *v.* MOORE, WARDEN, APPELLEE.

[Cite as *Blackwell v. Moore,* 117 Ohio St.3d 22, 2008-Ohio-262.]

(No. 2007–1556—Submitted January 23, 2008—Decided January 30, 2008.)

---

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in *State ex rel. Golson v. Moore,* 116 Ohio St.3d 308, 2007-Ohio-6434, 878 N.E.2d 1033, and *State ex rel. Shackleford v. Moore,* 116 Ohio St.3d 310, 2007-Ohio-6462, 878 N.E.2d 1035.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Anthony Blackwell, pro se.

Marc Dann, Attorney General, and Diane Mallory, Assistant Attorney General, for appellee.